BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant JAE PARK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0060 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | ORDER CONTINUING STATUS |
| ) | DATE AND EXCLUSION OF TIME |
| JEONG AH LEE and JAE PARK, ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Friday, September 4, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, October 23, 2009, at 9:00 a.m. for status or trial setting. The reason for the continuance is that defense counsel for Mr. Park is still reviewing discovery and needs additional time to meet with Mr. Park and conduct investigation before determining how to proceed. In addition, counsel for Ms. Lee is unavailable on September 4, 2009 and counsel for the government begins a trial on September 28, 2009 and is unavailable for approximately two weeks

1  starting September 28, 2009.  A continuance to October 23, 2009, should give defense counsel for

2  Mr. Park the time needed to complete review of the discovery and be prepared to proceed and for all

3  parties to be present.  The parties stipulate that the time from September 4, 2009, to October 23,

4  2009 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

5  3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel to allow defense counsel to continue

6  

7  its review of the discovery and discussion with Mr. Park and for continuity of counsel.

8

9  DATED: 9/01/09                          ____/s/_____
                                            JOYCE LEAVITT
10                                          Attorney for JAE PARK

11

12 DATED: 9/01/09                          ____/s/_____
                                            JULIA JAYNE
13                                          Attorney for JEONG AH LEE

14

15
   DATED: 9/01/09                          _____/s/_____
16                                          ANDREW HUANG
                                            Assistant United States Attorney
17

18
       I hereby attest that I have on file all holographed signatures for any signatures indicated by a
19 conformed signature (/s/) within this e-filed document.

20

21

22

23

24

25

26

*U S v. Jeohng AH Lee and Jae Park,* CR 09-
0060 DLJ; Stip. Continuing Status Date                - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Friday, September 4, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, October 23, 2009, at 9:00 a.m. for status or trial setting.

IT IS FURTHER ORDERED that the time from September 4, 2009, to October 23, 2009 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel to allow defense counsel to continue its review of the discovery and discussion with Mr. Park and for continuity of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    September 2, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge