1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CSBN 193730)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail: andrew.huang@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )   No. CR 09-00060 DLJ
13                                  )
              Plaintiff,            )
14                                  )   PETITION FOR WRIT OF HABEAS
         v.                         )   CORPUS AD PROSEQUENDUM
15                                  )
   JEONG AH LEE,                    )
16 a/k/a Jisu Lee,                  )
                                    )
17            Defendant.            )
                                    )
18

19      TO:    The Honorable Laurel Beeler, United States Magistrate Judge of the

20             United States District Court for the Northern District of California:

21

22      Assistant United States Attorney Andrew S. Huang respectfully requests that this

23 Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of defendant

24 JEONG AH LEE (Yolo County booking number 10-1470), whose place of custody and

25 jailor are set forth in the requested Writ, attached hereto.  The prisoner is presently

26 required for a pre-trial hearing at 11:00 a.m. on Friday, April 2, 2010, before the

27 Honorable D. Lowell Jensen, United States District Court Judge, in Oakland, California.

28 However, the parties intend to resolve this matter by executing a plea agreement and

PET. WRIT HABEAS CORPUS AD PROSEQUENDUM & [PROP'D] ORD.
No. CR 09-00060 DLJ                        1

1  engaging in a change of plea hearing at that time.  Towards that end, the government
2  intends to file a superseding information earlier in the week and the defendant will need
3  to be arraigned at a hearing before the Honorable Donna M. Ryu, United States
4  Magistrate Judge, at 10:00 a.m. earlier the same day that she is set to appear before Judge
5  Jensen.  Therefore, the petitioner prays that this Court issue the Writ as presented.

Dated:        March 29, 2010            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California

_____/S/_____
ANDREW S. HUANG
Assistant United States Attorney

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CSBN 193730)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail: andrew.huang@usdoj.gov
8
   Attorneys for the United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00060 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JEONG AH LEE, a/k/a Jisu Lee, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant JEONG AH LEE (Yolo County booking number 10-1470) for arraignment before the Honorable Donna M. Ryu, United States Magistrate Judge, at 10:00 a.m. on Friday, April 2, 2010, in Oakland, California, upon charges in a superseding information to be filed and for a

//
//
//

PET. WRIT HABEAS CORPUS AD PROSEQUENDUM & [PROP'D] ORD.
No. CR 09-00060 DLJ

1  change of plea hearing before the Honorable D. Lowell Jensen, United States District
2  Court Judge, at 11:00 a.m. that same day, is GRANTED, and the Writ shall be issued as
3  presented.

5  Dated:  March 30, 2010

   LAUREL BEELER
   United States Magistrate Judge
   Northern District of California

PET. WRIT HABEAS CORPUS AD PROSEQUENDUM & [PROP'D] ORD.
No. CR 09-00060 DLJ

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: FEDERICO L. ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Sheriff Edward G. Prieto, Yolo County, Monroe Detention Center (Main Jail), or an other Yolo County detention facility:

<u>GREETINGS</u>

WE COMMAND that on Friday, April 2, 2010, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of JEONG AH LEE (booking # 10-1470), in your custody at the Monroe Detention Center, or any other Yolo County facility, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Donna M. Ryu,, United States Magistrate Judge, 1301 Clay Street, Oakland, California, in order that JEONG AH LEE may then appear for arraignment upon charges contained in a superseding information to be filed against her in the above-entitled Court, and then appear at 11:00 a.m. on the same day in the Courtroom of the Hon. D. Lowell Jensen, United States District Judge, for a change of plea hearing, and that immediately after said hearings to return her forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, she be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Laurel Beeler, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: March _30_, 2010

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____/s/ Lashanda Scott_____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 09-00060 DLJ