JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JEONG AH LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-00060 DLJ |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| JEONG AH LEE | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Jeong Ah Lee that the sentencing hearing presently scheduled for June ~~22,~~ 11, 2010 at 10:00 a.m. be taken off calendar and rescheduled for July 9, 2010 at 10:00 a.m.  The purpose of the extension is to allow coordination of the sentencing of Ms. Lee and her co-defendant Jae Park, who is currently set to be sentenced on July 9, 2010.  Ms. Lee had initially requested an earlier sentencing date because she was in custody in Yolo County on a state court matter; however, she is now out of custody on bail and prefers to be sentenced on the same date as her co-defendant, as they changed their pleas on the same date as well.

The United States does not object to such a continuance.

DATED: April 26, 2010						Campbell & Jayne LLP

By:   */s/ Julia Mezhinsky Jayne*
　　　JULIA MEZHINSKY JAYNE
Attorneys for Defendant
JEONG AH LEE

DATED: April 26, 2010						UNITED STATES ATTORNEY'S OFFICE

By:   */s/ Andrew Huang*
　　　ANDREW HUANG
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

Sentencing Hearing as to Defendant Jeong Ah Lee will be held 7/9/2010 at 10:00AM before Hon. Judge D. Lowell Jensen.

**IT IS SO ORDERED.**

DATED:  April 27, 2010

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE

2